UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID OWEN DAWES, | ) | |
| | ) | |
| Petitioner, | ) | CIVIL ACTION NO. |
| | ) | |
| VS. | ) | 3:05-CV-0946-G |
| | ) | |
| NATHANIEL QUARTERMAN, Director, | ) | CONSOLIDATED WITH |
| Texas Department of Criminal Justice, | ) | 3:05-CV-0955-G |
| Correctional Institutions Division | ) | |
| | ) | **ECF** |
| Respondent. | ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the court finds that

the findings, conclusions and recommendation of the Magistrate Judge are correct,

and they are **ADOPTED** as the findings and conclusions of the court.

In addition to the findings and conclusions made by the Magistrate Judge

regarding petitioner David Owen Dawes' ("the petitioner" or "Dawes") claims for

ineffective assistance of counsel, the court finds that Dawes waived his claims to

ineffective assistance of counsel regarding all issues except those related to (1) the

knowing and voluntary nature of his plea, and (2) his counsel's performance during

the punishment phase of the hearing.  Petitioner waived those claims to ineffective assistance of counsel when he made a knowing and voluntary guilty plea.  *United States v. Glinsey*, 209 F.3d 386, 392 (5th Cir. 2000).

**SO ORDERED**.

August 23, 2006.

_____
A. JOE FISH
CHIEF JUDGE